UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAR 19 2025 PM3:38
FILED - USDC - BPT - CT

Grand Jury B-24-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR 47 ( ) ( ) (KAD)(RAR) |
| v. | VIOLATIONS: |
| SAMUEL BRANCH, a.k.a. "Sosa" | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C) (Possession with Intent to Distribute Controlled Substances) |
| | 18 U.S.C. § 924(c)(1)(A)(i) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm by a Felon) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession with Intent to Distribute Controlled Substances)

1.     On or about September 26, 2023, in the District of Connecticut, the defendant SAMUEL BRANCH, a.k.a. "Sosa," did knowingly possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack"); a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers; a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"); and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, all of which are Schedule II controlled substances; and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

1

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C).

## COUNT TWO
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

2.     On or about September 26, 2023, in the District of Connecticut, the defendant SAMUEL BRANCH, a.k.a. "Sosa," did knowingly possess a firearm, that is, a Glock 29, 10 millimeter handgun with serial number BWMW213 and with ammunition in the magazine, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C), as charged in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
(Unlawful Possession of a Firearm by a Felon)

3.     On or about September 26, 2023, in the District of Connecticut, the defendant SAMUEL BRANCH, a.k.a. "Sosa," having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

    a.    Conspiracy to Possess with Intent to Distribute a Narcotic or Hallucinogen, in violation of Connecticut General Statutes §§ 53a-48 and 21a-277(b), on or about December 10, 2019;

    b.    Carrying a Firearm without a Pistol Permit, in violation of Connecticut General Statutes § 29-35(a), on or about October 9, 2018;

    c.    Burglary in the Third Degree, in violation of Connecticut General Statutes § 53a-103, on or about October 9, 2018;

    d.    Sale of a Hallucinogen/Narcotic, in violation of Connecticut General Statutes § 21a-277(a), on or about November 3, 2017; and

    e.    Sale of a Controlled Substance, in violation of Connecticut General Statutes § 21a-277(b), on or about November 3, 2017,

did knowingly possess a firearm in and affecting commerce, specifically, a Glock 29, 10 millimeter handgun with serial number BWMW213, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE ALLEGATION</u>
(Controlled Substances Offense)

4.    Upon conviction of the controlled substances offense alleged in Count One of this Indictment, the defendant SAMUEL BRANCH, a.k.a. "Sosa," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

    a.    Approximately $959.00 in U.S. Currency seized on or about September 26, 2023 from 21 Osborne Avenue, Apartment 1 in Norwalk, Connecticut; and

    b.    Approximately $55.00 in U.S. Currency seized on or about September 26, 2023 from Samuel Branch's person.

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States

Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

FORFEITURE ALLEGATION
(Firearm Offenses)

6.     Upon conviction of one or more the firearm offenses alleged in Count Two and Count Three of this Indictment, the defendant SAMUEL BRANCH, a.k.a. "Sosa," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to: a Glock 29, 10 millimeter handgun with serial number BWMW213 and all related magazines and ammunition, which were seized on or about September 26, 2023.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

PATRICIA STOLFI COLLINS
ASSISTANT UNITED STATES ATTORNEY